FILED
February 09, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002405762

Thomas A. Aceituno
PO Box 189
Folsom, CA 95763-0189
Telephone: (916) 985-6486
Email: trustee@acetrustee.com

Bankruptcy Trustee

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In Re,

SILVERNALE, CARL ALAN

SILVERNALE, CLARICE DEE

    Debtor(s)

) Case No. 09-35637-A -7
)
)
) DCN: TAA-2
) DATE: March 1, 2010
) TIME: 9:00 a.m.
) DEPT.: A
)

MOTION FOR SALE OF ASSETS

and

DECLARATION OF THOMAS A. ACEITUNO

I, THOMAS A. ACEITUNO, the duly appointed trustee in the above entitled matter, hereby move for an order authorizing the sale of real property commonly known as 4630 Rosarno Place, Lot 54, Foresthill, California, for a total of $85,000, subject to overbids at the time of hearing:

    1.    The Debtors herein filed bankruptcy on July 27, 2009. I have been appointed Trustee for the bankruptcy estate.

2. The Debtor has made a claim of exemption in the amount of $13,284 pursuant to California Code of Civil Procedure Section 703.140(b)(5). No objection to the claim of exemption had been filed.
3. I have received and accepted an offer to purchase the Real Property from John and Theresa Michelini (hereafter the "Buyers"). A copy of the Agreement is filed herein as Exhibit 1. The major terms of the agreement are as follows:

   a. The gross purchase price is $85,000.
   b. Buyers delivered to escrow a deposit of $2,500 on February 5, 2010.
   c. The purchase is subject to the consideration by the court of overbids at the time of hearing.
   d. Close of escrow shall occur no later than thirty days (30) from the date of entry of the order approving the sale.
   e. The property is sold "as is, where is".

2. On December 17, 2009, this court approved the employment of Linda Friery, of Lyon Real Estate as realtor for the estate.
3. Based on information contained in the petition and schedules, the property is subject to a lien of $13,519 payable to TW Smith, $3,400 payable to the Homeowner's Association and taxes due in the amount of $7,000 payable to Placer County Tax Collector.
4. Prior to the hearing scheduled for March 1, 2010, the Trustee will obtain a preliminary Title Report and report any significant changes to the court.
5. I have estimated that the sale as proposed above will generate approximately $41,847 net equity after payment of costs of sale, liens and exemption of the Debtor.

For the reasons above, I pray for an order of the court as follows:

1. Authorizing the sale of real property commonly known as 4630 Rosarno Place, Lot 54, Foresthill, California (County Assessor's Parcel No. 078-230-005) to John and Theresa Michelini for a purchase price of $85,000 upon the terms and conditions expressed in the Residential Purchase and Sale Agreement Dated February 8, 2010.

2. Authorizing the Trustee to pay realtor compensation in an amount not to exceed six percent (6%) of the gross sale price.

3. Authorizing the Trustee to execute all documents necessary to conclude the sale.

4. Requiring close of escrow no later than 30 days from the date of entry of the order approving the sale.

5. Authorizing the Trustee to extend the deadline for close of escrow up to 60 days from the date of entry of this order if the Trustee determines such extension is in the best interest of the estate, upon the condition that the Buyers agree to pay any additional interest or other costs incurred by the delay.

Respectfully submitted:

DATE: February 9, 2010        /s/ Thomas A. Aceituno

# DECLARATION OF THOMAS A. ACEITUNO

I, Thomas A. Aceituno, hereby declare under penalty of perjury:

1. I am the Trustee in this case.

2. I have reviewed all of the foregoing and it is true and correct and if called I would so testify.

DATE: February 9, 2010          /s/ Thomas A. Aceituno